Case 1:20-cr-00030-JPJ-PMS   Document 54   Filed 02/21/25   Page 1 of 1
Pageid#: 195

AO 247 (Rev. 03/19)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

CLERKS OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED
February 21, 2025
LAURA A. AUSTIN, CLERK
BY: s/ FELICIA CLARK
    DEPUTY CLERK

United States of America )
v. )
Thomas Blake Hill )

Case No: 1:20CR00030
USM No: 06390-509

Date of Original Judgment: 04/08/2021
Date of Previous Amended Judgment: _____
*(Use Date of Last Amended Judgment if Any)*

Erin Trodden, AFPD
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ months, but not less than time served.

The motion under Amendment 821 is denied for the reasons stated in the opinion entered herewith.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 04/08/2021 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 02/21/2025

*Judge's signature*

Effective Date: _____
*(if different from order date)*

James P. Jones, Senior United States District Judge
*Printed name and title*